# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>CULLEN LATHAM ROBERTS,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:20-MJ-332<br>)<br>) **UNDER SEAL**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 2020 to November 2020 in the county of Prince William in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of Controlled Substances |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Katherine E. Rumbaugh, AUSA

*Complainant's signature*

Special Agent Samad D. Shahrani, FBI
*Printed name and title*

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 via telephone.

Date: 11/25/2020

*Judge's signature*

City and state: Alexandria, Virginia

Honorable Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*