# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED
☒ Under Seal

**Place of Offense:**
- City:
- County: Prince William

- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.: 1:20-MJ-332
- Search Warrant Case No.:

- Judge Assigned:
- Criminal No.:
- New Defendant: X
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** CULLEN LATHAM ROBERTS
- Alias(es):
- ☐ Juvenile  FBI No.:
- **Address:** Duluth, GA 30097
- **Employment:**
- **Birth Date:** XX/XX/1998
- **SSN:**
- **Sex:** Male
- **Race:** White
- **Nationality:** US
- **Place of Birth:**
- **Height:** 6'2"
- **Weight:** 132
- **Hair:**
- **Eyes:**
- **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name:
- ☐ Court Appointed
- Counsel Conflicts:
- Address:
- ☐ Retained
- Phone:
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Katherine E. Rumbaugh
- **Phone:** 703-299-3742
- **Bar No.:**

**Complaint Agency - Address & Phone No. or Person & Title:**

FBI - SA Samad Shahrani

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. § 841(a)(1) | Distrib. of controlled substances | 1 | Felony |
| Set 2: | | | | |

- **Date:** 11/23/2020
- **AUSA Signature:** [signature]
- may be continued on reverse

**District Court Case Number (to be filled by deputy clerk):** [          ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[ Print Form ]    [ Reset Form ]