IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **UNDER SEAL** |
| CULLEN LATHAM ROBERTS, | Case No. 1:20-MJ-332 |
| *Defendant*. | |

**ORDER TO SEAL**

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the criminal complaint, affidavit in support of the complaint, arrest warrant, the motion to seal and proposed Order in this matter; and

The COURT, having considered the government's submissions, including facts presented by the government to justify sealing; having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

//

//

//

ORDERED, ADJUDGED, and DECREED that, the criminal complaint, affidavit in support of the complaint, arrest warrant, motion to seal, and this Order be sealed until the defendant is arrested or until further Order of the Court.

Date: November 25, 2020
      Alexandria, Virginia

/s/ IDD
The Honorable Ivan D. Davis
United States Magistrate Judge