IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CULLEN LATHAM ROBERTS,<br><br>*Defendant.* | Case No. 1:20-MJ-332 |

## GOVERNMENT'S MOTION TO UNSEAL

The United States, through undersigned counsel, hereby moves the Court to unseal this case. On November 25, 2020, a criminal complaint was filed, charging the defendant with distribution of controlled substances, in violation of 21 U.S.C. § 841(a)(1). On December 1, 2020, the defendant was arrested and taken into custody in the state of Georgia, pursuant to the arrest warrant issued in this case. Accordingly, sealing is no longer necessary. It is therefore respectfully requested that this case be fully unsealed at this time.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Katherine E. Rumbaugh
Assistant United States Attorney