IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CULLEN LATHAM ROBERTS,<br><br>*Defendant*. | Case No. 1:20-MJ-332 |

## ORDER TO UNSEAL

Upon motion of the United States to unseal this case, and for good cause shown, it is hereby

ORDERED that the motion of the United States is granted; and it is further

ORDERED that this case be and is hereby unsealed.

It is so ORDERED.

_____<br>
The Honorable Theresa Carroll Buchanan<br>
United States Magistrate Judge

Date: _____
Alexandria, Virginia