IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:20-MJ-332 |
| CULLEN LATHAM ROBERTS, | |
| *Defendant*. | |

## ORDER TO UNSEAL

Upon motion of the United States to unseal this case, and for good cause shown, it is hereby

ORDERED that the motion of the United States is granted; and it is further

ORDERED that this case be and is hereby unsealed.

It is so ORDERED.

_____
The Honorable Ivan D. Davis
United States Magistrate Judge

Date: 2 Dec 2020
Alexandria, Virginia