ATTEST: A TRUE COPY
CERTIFIED THIS

Date: _1/7/2021_

JAMES N. HATTEN, Clerk

By: _s/Traci C. Campbell_

Deputy Clerk

CLOSED,EXH

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:20−mj−01047−RGV−1

Case title: USA v. Roberts

Other court case number:  1:20mj332 USDC, Eastern District of Virginia

Date Filed: 12/02/2020

Date Terminated: 01/06/2021

---

Assigned to: Magistrate Judge
Russell G. Vineyard

**Defendant (1)**

**Cullen Latham Roberts**
*TERMINATED: 01/06/2021*

represented by **Jay Lester Strongwater**
Strongwater & Associates, LLC
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, GA 30309
404−872−1700
Fax: 404−881−8040
Email: jls@strongh2o.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 21:841(a)(1) DISTRIBUTION OF CONTROLLED SUBSTANCE | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by | **Alana R. Black** |

represented by    **Alana R. Black**
Office of the United States
Attorney−ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404−581−6025
Email: Alana.Black@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/02/2020 | | | Arrest (Rule 40) of Cullen Latham Roberts. (bdb) (Entered: 12/04/2020) |
| 12/02/2020 | 1 | | Minute Entry for proceedings held before Magistrate Judge Russell G. Vineyard: Initial Appearance in Rule 5(c)(3) Proceedings as to Cullen Latham Roberts held on 12/2/2020. Order appointing FDP for defendant. Today Only. (Not included) Defendant waives Preliminary Hearing. Waiver filed. (Waiver not included) Detention Hearing set for MONDAY, 12/7/2020 at 01:30 PM in ATLA Courtroom 1875 before Magistrate Judge Russell G. Vineyard. (Tape #FTR) (bdb) (Entered: 12/04/2020) |
| 12/02/2020 | 2 | | MOTION for Detention by USA as to Cullen Latham Roberts. (bdb) (Entered: 12/04/2020) |
| 12/02/2020 | 3 | | Order of Temporary Detention pursuant to Bail Reform Act by Judge Russell G. Vineyard as to Cullen Latham Roberts. Detention Hearing set for 12/7/2020 at 01:30 PM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. (jpa) (Entered: 12/04/2020) |
| 12/02/2020 | 4 | | WAIVER of Rule 5 Hearings by Cullen Latham Roberts. (bdb) (Entered: 12/04/2020) |
| 12/04/2020 | | | NOTICE OF HEARING as to Cullen Latham Roberts. Detention Hearing set for 12/9/2020 at 09:30 AM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. (aez) (Entered: 12/04/2020) |
| 12/09/2020 | 5 | | Minute Entry for proceedings held before Magistrate Judge Russell G. Vineyard: Detention Hearing began as to Cullen Latham Roberts and continued to 12/7/2020 at 03:00 PM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. Preliminary Examination also set for 12/17/2020 at 03:00 PM. Exhibits Admitted: G1−G5; D1. (Tape #FTR) (tcc) (Entered: 12/10/2020) |
| 12/17/2020 | 6 | | Minute Entry as to Cullen Latham Roberts. Government's exhibits 6−8 admitted. Detention hearing held. Exhibits retained to be forwarded to the Clerks Office. The detention hearing is continued to January 6, 2021 at 9:30 a.m. (Tape #FTR) (jpa) (Entered: 12/21/2020) |
| 12/17/2020 | 7 | | |

| | | | |
|---|---|---|---|
| | | | WAIVER of Rule 5Hearings by Cullen Latham Roberts (jpa) (Entered: 12/21/2020) |
| 12/17/2020 | 8 | | WAIVER of Preliminary Hearing by Cullen Latham Roberts. (jpa) (Entered: 12/21/2020) |
| 12/17/2020 | 9 | | EXHIBITS admitted and retained at the 6 Detention Hearing as to Cullen Latham Roberts have been received from Courtroom Deputy and placed in the custody of the Records Clerks. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(jpa) (Additional attachment(s) added on 12/28/2020: # 9 Exhibit 1 (corrected)) (kdw). (Entered: 12/21/2020) |
| 12/21/2020 | 10 | | NOTICE TO GOVERNMENT'S COUNSEL OF RECORD regarding RECLAMATION AND DISPOSITION OF UNCLAIMED Documentary EXHIBITS pursuant to Local Rule 79.1D. Re: 9 Exhibits (jpa) (Entered: 12/21/2020) |
| 12/29/2020 | | | NOTICE OF HEARING as to Cullen Latham Roberts. Detention Hearing reconvenes on 1/6/2021 at 09:30 AM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. (aez) (Entered: 12/29/2020) |
| 01/06/2021 | 13 | | Minute Entry for proceedings held before Magistrate Judge Russell G. Vineyard: Detention Hearing as to Cullen Latham Roberts, granting 2 Government's Motion for Detention. (Tape #FTR) (tcc) (Entered: 01/07/2021) |
| 01/06/2021 | 14 | | ORDER OF DETENTION Pending Trial as to Cullen Latham Roberts. Signed by Magistrate Judge Russell G. Vineyard on 1/6/2021. (tcc) (Entered: 01/07/2021) |
| 01/06/2021 | 15 | | COMMITMENT TO ANOTHER DISTRICT as to Cullen Latham Roberts. Defendant committed to District of USDC ED VA. Signed by Magistrate Judge Russell G. Vineyard on 1/6/2021. (tcc) (Entered: 01/07/2021) |
| 01/06/2021 | | | Magistrate Case Closed. Defendant Cullen Latham Roberts terminated. (tcc) (Entered: 01/07/2021) |
| 01/07/2021 | | | Transmittal of Rule 5(c)(3) Documents as to Cullen Latham Roberts, sent to USDC ED VA via InterDistrictTransfer email, with certified copy of Commitment Order and docket sheet. (tcc) (Entered: 01/07/2021) |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Alana R. Black (alana.black@usdoj.gov, caseview.ecf@usdoj.gov,
gaylene.berberick@usdoj.gov, tanya.kenner-bowen@usdoj.gov,
usagan.motionsresponses@usdoj.gov), Magistrate Judge Russell G. Vineyard
(ganddb_efile_rgv@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11376109@gand.uscourts.gov
Subject:Activity in Case 1:20-mj-01047-RGV USA v. Roberts Arrest - Rule 40
```
Content−Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 12/4/2020 at 10:45 AM EST and filed on 12/2/2020

| | |
|---|---|
| **Case Name:** | USA v. Roberts |
| **Case Number:** | <u>1:20−mj−01047−RGV</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 40) of Cullen Latham Roberts. (bdb)**


**1:20−mj−01047−RGV−1 Notice has been electronically mailed to:**

Alana R. Black &nbsp &nbsp Alana.Black@usdoj.gov, caseview.ecf@usdoj.gov,
CaseView.ECF@usdoj.gov, gaylene.berberick@usdoj.gov, tanya.kenner−bowen@usdoj.gov,
USAGAN.MotionsResponses@usdoj.gov

**1:20−mj−01047−RGV−1 Notice has been delivered by other means to:**

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

FILED IN OPEN COURT

DATE: 12/2/2020 @ 3:55AM

TAPE: FTR

TIME IN COURT: 20

MAGISTRATE JUDGE: Russell G. Vineyard

COURTROOM DEPUTY CLERK: Amanda Zarkowsky

CASE NUMBER: 1:20MJ1047

DEFENDANT'S NAME: Cullen Roberts

AUSA: Alana Black

DEFENDANT'S ATTY: Vionnette Johnson

USPO / PTR: _____

( ) Retained    ( ) CJA    (✓) FDP    ( ) Waived

✓ ARREST DATE    12/2/20

✓ Initial appearance hearing held.

✓ Defendant informed of rights.

_____ Interpreter sworn: _____

## COUNSEL

✓ ORDER appointing Federal Defender as counsel for defendant. today only

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

✓ Defendant WAIVES identity hearing.    ✓ WAIVER FILED

_____ Identity hearing HELD.    _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.    _____ WAIVER FILED

_____ Preliminary hearing HELD.    _____ Probable cause found; def. held to District Court for removal to other district

_____ Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

✓ Government motion for detention filed . Mond 12/7/2020 @ 1:30pm

✓ Pretrial hearing set for ~~12/7/2020~~ @ _____ ( ) In charging district.)

_____ Bond/Pretrial detention hearing held.

_____ Government motion for detention ( ) GRANTED  ( ) DENIED

_____ Pretrial detention ordered.    _____ Written order to follow.

_____ BOND set at _____    _____ NON-SURETY    _____ SURETY

_____ cash    _____ property    _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____

_____ Bond filed.  Defendant released.

_____ Bond not executed.   Defendant to remain in Marshal's custody.

_____ Motion   (   verbal)  to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond    _____ GRANTED    _____ DENIED

_____ See page 2

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

CULLEN LATHAM ROBERTS,
A/K/A PILLPUSHER

Criminal Action No.
1:20-MJ-1047



FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC - 2 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

### Government's Motion for Detention

The United States of America, by counsel, Byung J. Pak, United States Attorney,
and Alana R. Black, Assistant United States Attorney for the Northern District of
Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

   This case is eligible for a detention order because this case involves:

   > A drug offense having a maximum term of imprisonment of 10 years or
   > more;

   > A serious risk that the defendant will flee;

   > A serious risk that the defendant will threaten, injure, or intimidate a
   > prospective witness or juror, or attempt to do so.

2. **Reason for Detention**

   The Court should detain defendant because there are no conditions of release
   that will reasonably assure the appearance of the person as required and the
   safety of any other person and the community.

### 3. Rebuttable Presumption

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

> A drug offense having a maximum term of imprisonment of 10+ year drug offense.

### 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: December 2, 2020.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6025

BYUNG J. PAK
United States Attorney

ALANA R. BLACK
Special Assistant United States Attorney
Ga. Bar No. 785045

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Vionnette Johnson

December 2, 2020

/s/ ALANA R. BLACK
ALANA R. BLACK
Special Assistant United States Attorney

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Alana R. Black (alana.black@usdoj.gov, caseview.ecf@usdoj.gov,
gaylene.berberick@usdoj.gov, tanya.kenner-bowen@usdoj.gov,
usagan.motionsresponses@usdoj.gov), Magistrate Judge Russell G. Vineyard
(ganddb_efile_rgv@gand.uscourts.gov)
--Non Case Participants: GA-N Probation (ganp_intake@ganp.uscourts.gov)
--No Notice Sent:

Message-Id:11377090@gand.uscourts.gov
Subject:Activity in Case 1:20-mj-01047-RGV USA v. Roberts Notice of Hearing
```
Content−Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 12/4/2020 at 1:57 PM EST and filed on 12/4/2020

**Case Name:**    USA v. Roberts

**Case Number:**    <u>1:20−mj−01047−RGV</u>

**Filer:**

**Docment Number:** No document attached

**Docket Text:**
**NOTICE OF HEARING as to Cullen Latham Roberts. Detention Hearing set for 12/9/2020 at 09:30 AM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. (aez)**

**1:20−mj−01047−RGV−1 Notice has been electronically mailed to:**

Alana R. Black     Alana.Black@usdoj.gov, caseview.ecf@usdoj.gov,
CaseView.ECF@usdoj.gov, gaylene.berberick@usdoj.gov, tanya.kenner−bowen@usdoj.gov,
USAGAN.MotionsResponses@usdoj.gov

**1:20−mj−01047−RGV−1 Notice has been delivered by other means to:**

AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

CULLEN LATHAN ROBERTS

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT**

CASE NO. 1:20-MJ-1047

      Upon motion of the Government, it is **ORDERED** that a detention hearing is set for MONDAY, DECEMBER 7, 2020, at 1:30 p.m. before United States Magistrate Judge Russell G. Vineyard, U.S. Courthouse, Richard B. Russell Building, 20th Floor, Courtroom 2022, 75 Ted Turner Dr., S.W., Atlanta, Georgia 30303.

      Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

      Dated at Atlanta, Georgia this 2nd day of DECEMBER, 2020.

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

NORTHERN ____ DISTRICT OF ____ GEORGIA

UNITED STATES OF AMERICA

V.

CULLEN LATHAM ROBERTS
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

*FILED IN OPEN COURT*
*U.S.D.C. - Atlanta*

*DEC - 2 2020*

*JAMES N. HATTEN, Clerk*
*By: _____ Deputy Clerk*

CASE NUMBER: ____ 1:20-MJ-1047

CHARGING DISTRICT'S
CASE NUMBER: ____ 1:20MJ332

I understand that charges are pending in the ____ EASTERN ____ District of ____ VIRGINIA

alleging violation of ____ 21 USC § 841(a)(1) ____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3)     a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)     Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

(  ) preliminary hearing

(  ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
*Defendant*

____ 12/2/2020 ____
*Date*

_____
*Defense Counsel*

11

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**     FILED IN OPEN COURT

DATE: _12/9/2020_ @ _9:46am._

TAPE: _FTR_

TIME IN COURT: _1hr 45min_

| | |
|---|---|
| MAGISTRATE JUDGE   Russell G. Vineyard | COURTROOM DEPUTY CLERK:   Amanda Zarkowsky |
| CASE NUMBER: _1:20-mj-1047_ | DEFENDANT'S NAME: _Cullen Latham Roberts_ |
| AUSA: _Alana Black_ | DEFENDANT'S ATTY: _Jay Strongwater_ |
| USPO / PTR: _Krystal Bachelor_ | (✓) Retained   ( ) CJA   ( ) FDP   ( ) Waived |

_____ ARREST DATE _____

_____ Initial appearance hearing held.                        _____ Defendant informed of rights.

_____ Interpreter sworn: _____

**COUNSEL**

_____ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

**IDENTITY / PRELIMINARY HEARING**

_____ Defendant WAIVES identity hearing.                    _____ WAIVER FILED

_____ Identity hearing HELD.   _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.   _____ WAIVER FILED

_____ Preliminary hearing HELD.   _____ Probable cause found; def. held to District Court for removal to other district

_____ Commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

_____ Government motion for detention filed .                    _____ @ _____

✓ ~~Pretrial~~ Prelim hearing set for _12/17/2020_ @ _3:00pm._   ( ) ~~In charging district.~~

✓ Bond/Pretrial detention hearing held. _hearing began & continued to 12/17/2020 @ 3:00pm_

_____ Government motion for detention  ( ) GRANTED  ( ) DENIED

_____ Pretrial detention ordered.   _____ Written order to follow.

_____ BOND set at _____   _____ NON-SURETY   _____ SURETY

        _____ cash        _____ property        _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____ Bond filed.  Defendant released.

_____ Bond not executed.  Defendant to remain in Marshal's custody.

_____ Motion  (   verbal)  to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond   _____ GRANTED   _____ DENIED

_____ See page 2

Page 2

Defendant: _Roberts, C._    Case No.: _1:20mj1047_

Date: _12/9/2020_

WITNESSES:

_____

_____

_____

_____

_____

_____

_____

_____

_____

EXHIBITS:

G1 - Admitted

G2 - ~~XXXXXXXX~~ Admitted

G3 - Admitted

G4 - Admitted

G5 - Admitted

D1 - Admitted

_____

_____

_____

Original Exhibits _____ RETAINED by the Court    ✓ RETURNED to counsel

MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)

FILED IN OPEN COURT

DATE: _12/17/2020_ @ _10:35_

TAPE: _FTR_

TIME IN COURT: _30_

| | |
|---|---|
| MAGISTRATE JUDGE   Russell G. Vineyard | COURTROOM DEPUTY CLERK:   Amanda Zarkowsky |
| CASE NUMBER: _1:20mj1047_ | DEFENDANT'S NAME: _Cullen Roberts_ |
| AUSA: _Alana Black_ | DEFENDANT'S ATTY: _Jay Strongwater_ |
| USPO / PTR: _Krystal Bachelor_ | (✓) Retained   ( ) CJA   ( ) FDP   ( ) Waived |

_____ ARREST DATE

_____ Initial appearance hearing held.                    _____ Defendant informed of rights.

_____ Interpreter sworn: _____

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

_____ Defendant WAIVES identity hearing.                    _____ WAIVER FILED

_____ Identity hearing HELD.   _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.        WAIVER FILED

_____ Preliminary hearing HELD.   _____ Probable cause found; def. held to District Court for removal to other district

_____ Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed .                    _____ @ _____

_____ Pretrial hearing set for _____ @ _____   () In charging district.)

✓ Bond/Pretrial detention hearing held.   _Continued to_   _January 6, 2021 @ 9:30AM_

_____ Government motion for detention  ( ) GRANTED   ( ) DENIED

_____ Pretrial detention ordered.   Written order to follow.

_____ BOND set at _____   NON-SURETY        SURETY

_____ cash   _____ property   corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____ Bond filed.  Defendant released.

_____ Bond not executed.   Defendant to remain in Marshal's custody.

_____ Motion   ( _____ verbal)   to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond   _____ GRANTED   _____ DENIED

_____ See page 2

Page 2          Defendant:  *C. Roberts*          Case No.:  *120mJ 1047*

                Date:  *12/17/2020*

WITNESSES:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

EXHIBITS:

*G6, 7, & 8 admitted*

_____

_____

_____

_____

_____

_____

_____

_____

Original Exhibits  _____  RETAINED by the Court  _____  RETURNED to counsel

✎ AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

NORTHERN                    DISTRICT OF                    GEORGIA

UNITED STATES OF AMERICA

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

**DEC 1 7 2020**

JAMES N. HATTEN, Clerk   CASE NUMBER:          1:20-MJ-1047

CULLEN LATHAM ROBERTS   By_____ Deputy Clerk

Defendant

CHARGING DISTRICTS
CASE NUMBER:          1:20MJ332

I understand that charges are pending in the          EASTERN          District of          VIRGINIA

alleging violation of     21 USC § 841(a)(1)                              and that I have been arrested in this district and
(Title and Section)

taken before a judge,  who has informed me of the charge(s) and  my rights to:

(1)     **retain counsel or request the assignment of counsel if I am unable to retain counsel;**

(2) **an identity hearing to determine whether I am the person named in the charges;**

(3)     **a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and**

(4)    **Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.**

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(  )  identity hearing

(  )  preliminary hearing

(  )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
*Defendant*

____12/17/2020____
*Date*

_____
*Defense Counsel*

AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 1 7 2020

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA,

vs.

CULLEN LATHAM ROBERTS

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NO. 1:20-MJ-1047

I, CULLEN LATHAM ROBERTS, charged in a complaint pending in this District with knowingly and intentionally attempt to distribute a controlled substance, in violation of Title 21 USC § 841(a)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed.R.Crim.P., including my right to have a preliminary examination, do hereby waive (give up) my right to a preliminary examination.

Dated in Atlanta, Georgia this 17th day of December, 2020.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

## APPEARANCE BOND AND NOTICE OF ARRAIGNMENT
### FORSYTH COUNTY, GEORGIA

| | | |
|---|---|---|
| ☐ CASH BOND | SO _21572_ | SUPERIOR COURT ☒ |
| ☒ BONDING COMPANY | CASE # _2020101300_ | STATE COURT ☐ |
| ☐ PROPERTY BOND | TIME IN _10/26/20 @ 16:23_ | MAGISTRATE COURT ☐ |
| ☐ OUT OF COUNTY PROPERTY BOND | TIME OUT _10/27/20 @ 23:10_ | |
| FOR _____ COUNTY, GA | | |

THAT WE, THE UNDERSIGNED _ROBERTS, CULLEN LATHAM / On Call / P Seals_ PRINCIPAL
AND SECURITIES ARE HELD AND FIRMLY BOUND TO HIS EXCELLENCY, THE GOVERNOR OF SAID STATE, AND HIS
SUCCESSOR IN OFFICE, IN THE PENAL SOME OF $ _16,610.00_ OR THE TRUE PAYMENT WHEROF WE BIND
OURSELVES, OUR HEIRS AND EXECUTORS, AND ADMINISTRATORS, JOINTLY AND SEVERALLY BY THESE PRESENTS,
SIGNED WITH OUR HANDS, SEALED WITH OUR SEALS AND DATED THIS _27TH_ DAY OF _OCT_ , 20 _20_
THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, THAT THE ABOVE BOUND PRINCIPAL SHALL BE AND
APPEAR AT THE NEXT COURT OF SAID COUNTY, TO BE HELD ON THE _____ DAY OF _TBN_ , 20 ___
FROM DAY TO DAY, FROM TERM TO TERM, THEN AND THERE ANSWER TO AN ACCUSATION INDICTMENT OF THE
OFFENSE(S) OF:

_TERRORISTIC THREATS & ACTS - F_

AND SHALL NOT DEPART THENCE, WITHOUT LEAVE OF SAID COURT, THEN THE ABOVE OBLIGATION TO BE NULL AND
VOID, ELSE REMAIN IN FULL FORCE AND EFFECT. AND THE BETTER TO SECURE THE PAYMENT OF THIS BOND IN
EVENT OF FORFEITURE, WE EACH FOR OURSELVES AND FAMILIES, AND HEAD OF OUR RESPECTIVE FAMILIES,
RENOUNCE AND WAIVE ALL RIGHT AND BENEFIT OF HOMESTEAD AND EXEMPTION LAWS OF SAID STATE, WHETHER
THE SAME IS GRANTED BY CONSTITUTION OR LEGISLATIVE PROVISIONS PROVIDING FOR HOMESTEAD AND EXEMPTIONS
TO THE PEOPLE OF GEORGIA AND EACH OF US ASSERT AND SAY THAT WE HAVE NEVER TAKEN OR AVAILED OUR-
SELVES OF ANY HOMESTEAD OF EXEMPTION UNDER THE LAWS OF THE STATE, OR UNITED STATES, OR ELSEWHERE.

_CLR_

| Principal / Defendant | Forsyth County Sheriff's Office | ☒ YOU MUST APPEAR BEFORE SAID COURT JUDGE TO ANSWER THESE CHARGES. |
|---|---|---|

| Principal / Defendant | Forsyth County Sheriff's Office | ☐ THE CASH BOND POSTED IS A NOT CONTEST CASH BOND. IF YOU GIVE A NO CONTEST CASH BOND AND FAIL TO APPEAR FOR TRIAL, THIS BOND MAY BE FORFEITED AND IF SO FORFEITED, SHALL CONSTITUTE A MISDEMEANOR GUILTY PLEA AND A WAIVER OF CONSTITUTIONAL RIGHTS |
|---|---|---|

PRINCIPAL _____

ADDRESS _720 Creek Winds Ct_

CITY/STATE _Duluth, GA 30097_

PHONE # _713-882-6315_

SECURITY _One Call_

ADDRESS _P.O. Box 3266_

CITY/STATE _Cumming GA 30028_

PHONE # _770.888.8447_

The defendant was advised of the foregoing notice of arraignment and bond on the principal named therein in person at the time the principal affixed his/her signature thereto.

_Ben H Freeman_

SHERIFF, FORSYTH COUNTY, GEORGIA

_604051_

FORSYTH COUNTY SHERIFF'S OFFICE

### NOTICE OF ARRAIGNMENT

You are herby notified that your case will be called for arraignment in said Court at _TBN_ am/pm, _____ day
of _____ , of 20 ___ . YOU ARE REQUIRED TO BE PRESENT AT THE TIME.

_To Be Notified_

CLERK OF COURT, FORSYTH COUNTY, GEORGIA

WHITE COPY - COURT     YELLOW COPY - VIOLATOR     PINK COPY - SECURITY     GOLDENROD COPY -



GOVERNMENT
EXHIBIT
2

18



IN THE MAGISTRATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

STATE OF GEORGIA

VS.                                    WARRANT NO(S):CE-0138107,

CULLEN ROBERTS

### SPECIAL CONDITIONS OF BOND

It is hereby ORDERED that the Defendant shall be allowed to make a bond in the dollar amount set forth in the separate orders connected with the above listed warrant(s), subject to the following conditions:

☑ **DEFENDANT'S EXPRESS CONSENT TO DRUG/ALCOHOL TESTING:** While the Defendant is out on bond the Defendant has freely and voluntarily consented to submit to random alcohol/drug tests upon the request of the State, from time to time hereafter, at his/her own expense and this order shall constitute a complete release and stipulation of all such results for the purposes of bond review. The Defendant acknowledges that any incriminating results would be grounds to revoke this bond and would be used against the Defendant in an independant prosecution.

☑ Defendant shall report to Pre-Trial Services as often as directed

☑ Defendant shall call Pre-Trial Services @770.781.2168 within 24 hours after bonding out of jail in order to set up his/her reporting schedule with that office.

The terms and provisions of this bond order shall be subject to the future orders of any court of competent jurisdiction. Such *Orders* may include divorce, family violence, bond modifications, etcetera, that are connected with parties/victim(s).

Violation(s) of this order may be heard upon the State's Motion to Revoke Bond, supported by sworn testimony or affidavit. In the event probable cause of such violation is found the Defendant will be arrested on an order revoking bond and will be brought before the appropriate Court immediately after his/her arrest for a further hearing. **Violations connected with contacting/following the victim may subject the Defendant to a separate prosecution for the felony offense of Aggravated Stalking.**

#### NOTICE TO DEFENDANT & VICTIM

II.   The sheriff, or any of his lawful deputies, are hereby directed to serve a copy of these Special Conditions of Bond on the Defendant and to have him/her sign an acknowledgement of receipt of these conditions. The Defendant shall not be eligible to post bond in this case until this has been completed.

SO ORDERED, this

27ᵗ day of October, 2070

                                              JUDGE P D Boles        Title
                                        MAGISTRATE COUNTY OF FORSYTH COUNTY

I acknowledge receipt of the above conditions of bond. They have been fully explained to me. I realize that upon a violation of any of these special conditions, my bond may be revoked and I would be subject to immediate arrest and prosecution. I understand that I must give the State written notice of any change(s) in my address. I freely and voluntarily consent to these conditions of bond.

SO ORDERED, this

**INMATE SIGNATURE**                    Defendant

# IN THE MAGISTRATE COURT OF FORSYTH COUNTY

## STATE OF GEORGIA

State of Georgia

Case # 20100107

V

Warrant # CE-0133107

Cullen Roberts

### SPECIAL CONDITIONS OF BOND
#### FOR ELECTRONIC PRETRIAL RELEASE

It is hereby ORDERED that the Defendant shall be allowed to make a bond in the dollar amount set forth in the separate order and/or other special bond conditions connected with the above listed warrant(s), subject to the following additional condition relating to electronic pretrial monitoring:

The defendant may be released from custody pending the trial of his /her case on the condition that he/she comply with the terms and conditions of the electronic pre-trial release and monitoring program which is approved pursuant to O.C.G.A. 17-6-1.1 (j).

It appears to the court that the defendant is subject to its jurisdiction and is a suitable candidate for electronic pretrial release and monitoring.

The Court, in its sole discretion, may revoke at any time the eligibility of the defendant to participate in the electronic pretrial release and monitoring program in which case the defendant shall be immediately returned to custody.

The defendant may not be released to , or remain in, an electronic pretrial release and monitoring program if said defendant has any other outstanding warrants, accusations, indictments, holds or incarceration order from any other court, law enforcement agency, community supervision officer, court, or Department of Juvenile Justice juvenile probation officer, or probation officer serving pursuant to Article 6 of Chapter 8 of Title 42 that require the posting of bond or further adjudication.

The Defendant SHALL NOT BE RELEASED UNTIL exclusion zones have been provided by Pre-trial Services.

The defendant released pursuant to electronic pretrial release and monitoring program, shall abide by such conditions as the court may impose relating to program, including, but not limited to, the following:

1. period of home confinement: _As set by pre-trial_

2. compliance with all requirements and conditions of the electronic pretrial release and monitoring program provider;

3. Compliance with any court orders or special conditions of bond which may include an order directing that no contact, direct or indirect, be made with the victim or forbidding entry upon, about or near certain premises;

___4. curfews;

___5. Limitations on work hours and employment:

6. Travel restriction: _Shall not leave State of GA s prior written consent court_

7. An order directing the electronic pretrial release and monitoring equipment be kept in good working condition;

8. An order directing that the person refrain from violating the criminal laws of any state, county, or municipality;

___9. Provisions to permit reasonable medical treatment;

___10. Provisions for procuring reasonable necessities, such as grocery shopping;

## INMATE SIGNATURE

_____11 Provisions for attendance in education rehabilitative and treatment programs; and

CLR _____12. Such other terms and conditions as the court may deem just and proper and or pre-approved through Pre-trial Services.

In the event the court finds probable cause, upon oath, affirmation, or sworn affidavit, that the defendant has violated the terms or conditions of his or her electronic pretrial release and monitoring program, other than terms regarding home confinement or finds that the defendant provided false or misleading information concerning his/her qualifications to participate in the electronic pretrial release and monitoring program, including, but not limited to name, date of birth, address, or other personal identification information, then the defendant's ongoing participation in such program shall be terminated immediately and, upon arrest of the defendant for such violation by any law enforcement officer, the defendant shall be returned to confinement a the county jail or other facility from which the defendant was released.

As an additional condition of electronic pre-trial release and monitoring, a defendant authorized to participate in such program by the court shall pay a reasonable, nonrefundable fee for program enrollment, equipment use, and monitoring to the provider of such program.

The Fees connected with electric pretrial release and monitoring shall be timely paid by a defendant as a condition of his or her ongoing participation in the electronic pretrial release and monitoring program in accordance with the terms of such programs as approved by the court. Failure to make timely payments shall constitute a violation of the terms of the electric pretrial release monitoring program and shall result in the defendant's immediate return to custody.

So Ordered this 27 day of October 2020

Judge, Magistrate Court of Forsyth County

P.D. Boles

**INMATE SIGNATURE**

IN THE MAGISTRATE COURT OF FORSYTH COUNTY

STATE OF GEORGIA

STATE OF GEORGIA

V

Cullen Roberts

DEFENDANT

WARRANT # CE- 013807

CITATION # 20100109

## SPECIAL CONDITIONS FOR BOND CONTINUATION

3 page of 7

The aforesaid matter having come before this Court in the granting of bond, it is hereby ORDERED that said Defendant shall be allowed to make bond in the dollar amount set forth in the separate Order connected with the above listed warrant(s) and /or citations, subject to the following special conditions:

_____ 1. Because the Defendant represents a credible threat or danger to the physical safety of any person, community, or to any property in the community the Defendant shall comply with the Special Conditions of Bond Regarding Firearms/Ammunition (see attached Order)

_____ 2. The Defendant Shall neither Threaten nor Endanger any person or property in the community.

_____ 3. The Defendant Shall Prior to Release from the jail be fitted a GPS ankle monitor and Shall comply with the Special Conditions of Bond for Electronic Pretrial Release. (see attached Order)

_____ 4. The Defendant shall comply with the Special Bond Conditions regarding Domestic Violence Intervention Program (see attached Order)

_____ 5. The Defendant shall not possess or consume any alcohol nor occupy any residence or vehicle where alcohol is located.

_____ 6. The Defendant Shall not be released from the jail until he has been fitted with a SCRAM alcohol monitor. The defendant shall be responsible for the cost of said device. The defendant shall comply with all the requirements regarding the SCRAM alcohol monitor.

_____ 7. The Defendant shall not have contact with any victim or witness to this case.

_____ 8. The Defendant shall stipulate to the admissibility of the results of all screens pursuant this this order.

_____ 9. The Defendant consents to a waiver of his /her Fourth Amendment rights under State and Federal law against search and seizure as long he/she is subject to this bond order and shall

**INMATE SIGNATURE**

submit to such searches of his/her person, places, and affects as may be required by law enforcement officials.

_____10. The Defendants privilege to operate a motor vehicle upon the road of GA is hereby suspended while subject to this bond. The defendant has demonstrated that he/she is not only a danger to him/her self, but to other persons in the community and property of the residents of the State of Georgia

_____11. The Defendant shall not operate a motor vehicle upon the road of GA without a valid GA driver's license and proof of insurance both must be in the defendant's possession when driving a motor vehicle upon the roads of GA.

CLR _____12. The Defendant while subject to this bond shall not enter Forsyth County except for court appearance, meeting with his/her attorney or pre-trial services.

_____13. The Defendant shall not possess or use any electric devices while subject to this bond. The Defendant shall not have access to or use any internet, online social networking, or any other means of communication by computer, by computer network or any other means. This includes but is not limited to Facebook, twitter, Instagram or chat rooms.

_____14. The Defendant shall not be at any public or private park, public or private pool, playground, school or other location in which minor children are or may be present while subject to this bond.

_____15. The Defendant shall have no unsupervised contact of any kind with any child under the age of 16. The person supervising must be aware of the reason he/she needs to be supervised. The person supervising must be willing to assume the responsibility for the supervision. The person supervising must have visual contact with the accused at all times. At no time shall the accused be left alone with any minor child.

CLR _____16. The Defendant shall notify pretrial and the court in writing immediately but no later than 24 hours of any change his/her address and or telephone number.

CLR _____17. The Defendant shall not leave the state without prior written permission from pre-trial.

_____18. The Defendant shall submit to an evaluation for drugs and alcohol with a State approved provider at his/her own expense, and if treatment is recommended follow the recommendations. The Defendant shall obtain the evaluation within ___days of bonding out and provide pre-trial proof that he/she has obtained an evaluation within _____ days of the evaluation.

_____19. The Defendant shall submit to an evaluation for mental health with a State approved provider at his/her own expense, and if treatment is recommended to follow the recommendations. The Defendant shall obtain the evaluation within ___days of bonding out and provide pre-trial proof that he/she has obtained an evaluation within _____ days of the evaluation

**INMATE SIGNATURE**

23

_____ 20. The Defendant shall submit to an evaluation for Anger Management with a State approved provider at his/her own expense, and if treatment is recommended to follow the recommendations. The Defendant shall obtain the evaluation within ____ days of bonding out and provide pre-trial proof that he/she has obtained an evaluation within ____ days of the evaluation.

_____ 21. Other _The defendant shall NOT have any contact_ ~~for Nathan~~
_to State farm @ 101 Colony Park D, Suite 100, Cumming_ ~~GA~~

Violation(s) of this Order may be heard upon the State's Motion to Revoke Bond, supported by sworn testimony or affidavit. In the event probable cause of such violation is found the Defendant will be arrested on an Order Revoking Bond and will be brought before the appropriate Court immediately after his/her arrest for further hearing. Violations connected with contacting / following the victim may subject the Defendant to a separate prosecution for the felony offense of Aggravated Stalking.

NOTICE TO DEFENDANT AND VICTIM

The sheriff, or any of his lawful deputies, are hereby directed to serve a copy of these Special Conditions of Bond on the Defendant and to have him/her sign an acknowledgement of receipt of these conditions. The Defendant shall not be eligible to post bond in this case until this has been completed. The victim shall be informed of these Special Bond Conditions.

SO ORDERED, this _27_ day of _October_ 20 _20_.

Judge _____

Magistrate Court of Forsyth County

_P.D. Boler's_

I acknowledge receipt of the above special conditions of bond. They have been fully explained to me, I realize that upon a violation of any of the bond or special bond conditions, my bond may be revoked, and I would be subject to immediate arrest and prosecution, I freely and voluntarily consent to these conditions of bond.

_____          _____
Defendant                                        Date

**INMATE SIGNATURE**

## Black, Alana (USAGAN)

| | |
|---|---|
| **From:** | Moore, Courtney L. <CMoore@forsythco.com> |
| **Sent:** | Friday, December 4, 2020 10:12 AM |
| **To:** | Black, Alana (USAGAN) |
| **Subject:** | Cullen Roberts Information |
| **Attachments:** | State's Motion to Revoke Bond.Cullen Roberts.pdf; Arrest Order.Cullen Roberts.pdf; Cullen Contact w State Farm via Google Review.jpeg |

The Arrest Order is attached. If there's anything else I can do to facilitate this, please let me know.

If you look at the State's Motion to Revoke, on the very last page: Condition #21 – the judge writes in "The defendant shall NOT have any contact nor return to State Farm @ 106 Colony Park Drive Suite 100, Cumming, Georgia Forsyth Co – this includes all employees with State Farm."

Apart from a regular bond order, he was ordered special conditions of bond, which included the GPS ankle monitor, banishment from Forsyth County, GA and a detailed no contact provision with State Farm (his former employer). He bonded on October 27, 2020 and expressly consented to every condition of bond by initialing. He contacted State Farm (specifically the branch he wasn't supposed to) by posting the attached Google review on November 16, 2020.

He has additionally contacted two other witnesses in the case Lauren Phillips and Alexis Fuller. He was not on notice at the time of his bond that they were going to be witnesses in the case, so I could not use it in my motion to revoke. Even still, it's troubling behavior as he sent Lauren an unsolicited gift of a stuffed elephant and reached out to Alexis over social media to discuss how he felt disrespected and betrayed. All of this in conjunction with his journal makes him a danger to the community and risk to intimidate witnesses. Not to mention he's now committed a new offense while out on bond for my case.

Good luck on Monday. Let me know if you need anything else. Happy to help anyway I can.

Courtney L. Moore
**Assistant District Attorney**
**Bell-Forsyth Judicial Circuit**
**770-781-2128**
cmoore@forsythco.com



GOVERNMENT
EXHIBIT
_3_

25

2:11

# Edit response



**Cullen Roberts**
Nov 13 · 12:45 AM

☆★★★★

I am sad to admit I have no choice in leaving this. People that I thought my friends and support group betrayed my trust dearly. Despite me wanting nothing but an everlasting bond with the folks here I was betrayed. I still wish to rectify this and love everyone who works here and wish them all the best.



Cullen- no one has betrayed you and not sure why you are leaving a 1 star review with false accusations? If you are truly wanting to rectify the relationship with everyone, this certainly isn't the way to do it.

FORSYTH COUNTY GEORGIA
FILED IN THIS OFFICE

NOV 17 2020

*M L Allen*
CLERK SUPERIOR COURT

IN THE SUPERIOR COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| **STATE OF GEORGIA** | * | 20PRE-0639 |
| | * | No.: DA 20-639 |
| **v.** | * | |
| | * | |
| **CULLEN ROBERTS** | * | |

## STATE'S MOTION TO REVOKE BOND

COMES NOW the State of Georgia, by and through Assistant District Attorney Courtney L. Moore, and moves this Court to revoke the bond of the above-referenced defendant and shows the Court the following:

1.

Defendant was arrested for Terroristic Threats on October 26, 2020.

2.

Defendant, pursuant to Superior Court Administrative Order 13-08, was set various conditions of bail which he received notice of on October 27, 2020, as indicated by his initials and signature. See attached Exhibit "A".

3.

Defendant was released from the custody of the Forsyth County Detention Center on October 27, 2020, pursuant to the bond subject to the aforementioned conditions.

4.

Defendant has violated the conditions of his bond by having contact with the employees at Clint B. Smith State Farm Agency, the witnesses in this case.

20PRE-0639
MOTION
Motion
2065940

5.

It is apparent that Defendant cannot comply with his conditions of bond and is a significant risk to intimidate witnesses if allowed to remain free pending trial.

WHEREFORE, the State requests that the Court revoke Defendant's bond in its entirety.

Respectfully submitted this _17th_ day of November, 2020.

Courtney L. Moore
Assistant District Attorney
Bell-Forsyth Judicial Circuit

101 E. Courthouse Square
Suite 2075
Cumming, Georgia 30040

## CERTIFICATE OF SERVICE

I, Courtney L. Moore, Assistant District Attorney of the Bell-Forsyth Judicial

Circuit, do hereby certify that I have this date served the within and foregoing MOTION

TO REVOKE BOND on the Defendant by email and by placing same in the United

States mail, with sufficient postage thereon and addressed as follows:

Evan Watson
351-A Dahlonega Street
Cumming, GA 30040
evan@zwdefense.com

This the 17th day of November, 2020.

Courtney L. Moore
Assistant District Attorney
Bell-Forsyth Judicial Circuit

CASE # 20-10-0109
Case Documents

### City of Cumming Police Department
### Statement Form

Name: Clint Smith   Date of Birth: 6/20/88  Age: 32

Address: 4120 Vista Pointe Ct. Cumming, GA 30028

Phone Number: 404-542-3508  email: Clint353@gmail.com

Date: 10-15-20   Time: 4:00 PM  Location: _____

I, Clint Smith _____, understand I am making this statement to

Officer/Detective Turner _____ of the City of Cumming Police Department

in regard to a criminal investigation which may result in one or more arrests.

On 10-14-20, Jocelyn Barrett, Tyler Koller, & Jose Bonilla, all employees of my business, came and told me horrific things Cullen Roberts (another employee) said about killing people. Cullen Roberts went in to detailed conversation about killing his ex, her dog, and her parents. Then he told Tyler and Jose that he would hold on to a possession of the person he killed (i.e. arm, foot, toe) as a trophy. Cullen mentioned about blowing up the UGA Stadium and how he wanted to kill as many people as possible and make a name for himself. On 10-15-20, Jocelyn Barrett sent me a series of text messages from Cullen Roberts talking about wanting to kill his ex, blow up a school, and kill as many people as possible. with the intent of killing himself afterwards. Cullen has access to the dark web and no telling what he is actually capable of doing.

Signature: _____   Witness: Clint Smith

Page ___ of ___

30

**City of Cumming Police Department**
Statement Form

Name: Tyler Koller  Date of Birth: 10/01/96 Age: 24

Address: 6480 Brittney Ln, Cumming, GA 30040

Phone Number: 770-670-0711 email: tylerkoller@gmail.com

Date: 10/15/2020 Time: 2:44pm Location: Forsyth County

I, Tyler Koller , understand I am making this statement to

Officer/Detective Coy Turner of the City of Cumming Police Department

in regard to a criminal investigation which may result in one or more arrests.

We were out to lunch on Monday, the 12th of October 2020. During this lunch a conversation came up about "if laws were not to exist, what would you do? Cullen then responded that he would murder people. He then mentioned that he has a list of people that he wants to kill. Specifically his ex-girlfriend. He wants to kill her dog and then after she suffers, he said he wants to torture and then kill her. He said it was all about control. He then said that he wanted to do something with his life and said before he wants, he needed to take 1-2 thousand people first. He mentioned blowing up the UGA stadium. This entire time he had glossy eyes and a straight face saying all of this. Very calm and eerie.

Signature: [signature]  Witness: _____

Page ___ of ___

31

FORSYTH COUNTY GEORGIA
FILED IN THIS OFFICE

DEC 03 2020

CLERK SUPERIOR COURT

IN THE SUPERIOR COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| STATE OF GEORGIA | * | 20PRE-0639 |
| | * | No.: DA 20-639 |
| v. | * | |
| | * | |
| CULLEN LATHEM ROBERTS | * | |

## ARREST ORDER

Defendant is out of Forsyth County Jail after having posted bond on October 27, 2020 for

Terrorist Threats. Defendant's special bond conditions require GPS ankle monitoring tracking

(see Exhibit A). Defendant was taken into federal custody on December 2, 2020 and his ankle

monitor has been removed. Therefore, the Court ORDERS that upon his release from federal

custody, Defendant shall be arrested and remanded to the custody of the Forsyth County

Sheriff's Office until he is outfitted with a GPS ankle monitor. At that time, Defendant is

permitted to be released from custody.

So ORDERED this _____ 3rd _____ day of December, 2020.

Judge Jeffrey S. Bagley
Chief Judge, Forsyth County Superior Court
Bell-Forsyth Judicial Circuit

Submitted by:

Courtney L. Moore
Assistant District Attorney
Bell-Forsyth Judicial Circuit

Cullen Lathem Roberts
DOB: 4/20/1998
720 Creek Wind Court
Duluth, GA 30097

Cc: Forsyth County Jail
    Evan Watson, Attorney for Defendant

20PRE-0639
ORD
Order
2071360

32

**Nicole Esquilin**

| | |
|---|---|
| **From:** | Huiban, Andrei I. <AIHuiban@forsythco.com> |
| **Sent:** | Thursday, October 15, 2020 11:26 PM |
| **To:** | Nicole Esquilin |
| **Cc:** | SO GCIC Unit |
| **Subject:** | RE: Criminal history and driver's history - Roberts |



FHS2-00412057 DDSKQ 20201015 23:16:59 20201015 23:16:59 0BF6013C32
KR.GAGBI0051.FHS2.TXT
NAM/ROBERTS, CULLEN.DOB/19980420.SEX/M.PUR/C.ATN/NESQUILIN/CID/AIH.
NAME:ROBERTS, CULLEN LATHAM
ADDR:720 CREEK WIND CT

1



GOVERNMENT
EXHIBIT
4

33

DULUTH      GA 30097
LIC NUM:061014921        ADAP:N
PREV OLN: 41213120        PREV JURISDICTION: TX  SURR: Y
SEX:M    DOB:04/20/1998    HGT:602 WGT:132 EYE:HAZ
CONTACT: PRI: 713 882-6315 SEC: NONE

CLASS: C    ISSUE DT:03/13/2020 EXPIRE DT:04/20/2028
TYPE:REGULAR        SURR DT:
RESTRICTION:A/NONE
ENDORSEMENT:NONE
COMMERCIAL STATUS:NOT LICENSED
NON-COMMERCIAL STATUS:VALID
PERMIT STATUS:NONE

ACTIVE SUSPENSIONS:NONE

* NO HISTORY ON DRIVER *

THIS RECORD IS FROM THE GEORGIA DEPARTMENT OF DRIVER SERVICES FILES AND
IS TO BE USED FOR OFFICIAL COURT OR LAW ENFORCEMENT USE ONLY
GA.LAW 24-3-17 AND 40-5-2 AS AMENDED, PROVIDES FOR ANY COURT OR CLERK OF
COURT ELECTRONICALLY CONNECTED BY A TERMINAL DEVICE TO THE DEPARTMENT OF
DRIVER SERVICES TO RECEIVE AND USE INFORMATION OBTAINED BY THE TERMINAL
WITHOUT THE NEED FOR ADDITIONAL CERTIFICATION.

END OF NAM/DOB/SEX/ INQUIRY

FHS2-00412058 NCIC1 20201015 23:16:59 20201015 23:16:59 0BF6013C32
1L010BF6013C322QWA
GA0580100

NO NCIC WANT NAM/ROBERTS, CULLEN DOB/19980420 SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.

FHS2-00412059 DEPTCOR 20201015 23:17:00 20201015 23:17:00 0BF6013C32

*** No current Probation or Parole Information for:

RE: NAME/ROBERTS, CULLEN SEX/M RACE/ DOB/1998-04-20 SSN/

FHS2-00412060 SORTQNAM 20201015 23:17:00 20201015 23:17:00 0BF6013C32
        Georgia Crime Information Center
        Sex Offender Registry
        3121 Panthersville Road
        Decatur, GA 30034

The following Georgia sex offender record(s) pertains to:

ORI:        Name: ROBERTS, CULLEN

2

Gender: Male        Race:        Date of Birth: 04/20/1998
FBI:        SID:        SOC:
MNU:        SRN:

*** SEX OFFENDER RECORD NOT ON FILE ***
**************************** END OF RECORD ****************************

---

FHS2-00412065 GA-CCH 20201015 23:20:02 20201015 23:20:02 0BF6013C34
IR.GASIR0000.GA0580100.

GEORGIA CRIMINAL HISTORY NAME AND IDENTIFIER SEARCH

REQUESTED BY:
DATE: 20201015   PUR: C  ATTN: NESQUILIN/CID/AIH
ARN: 20100109
RESPONSE DATE: 20201015
-----------------------------------------------
QUERY REQUESTED ON:
NAM/ROBERTS, CULLEN
DOB/19980420
SEX/M
RAC/W


-----------------------------------------------
NO RECORD FOUND
-----------------------------------------------

END OF RECORD

---

FHS2-00412066 NCIC2 20201015 23:20:03 20201015 23:20:03 0BF6013C34
NL010BF6013C342QH
GA0580100
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX (III)
FOR NAM/ROBERTS,CULLEN.SEX/M.RAC/W.DOB/19980420.PUR/C.
ATN/NESQUILIN/CID/AIH.
END


FHS2-00412067 NCIC1 20201015 23:20:05 20201015 23:20:05 0BF6013C34
1L010BF6013C342QWA

GA0580100

NO NCIC WANT NAM/ROBERTS, CULLEN DOB/19980420 RAC/W SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.



**Andrei Huiban**
*GCIC / NCIC Unit*

Office: 678.965.7127
Fax: 770.888.8875
Dispatch: 770.781.3087
Email: sogcic@forsythco.com

**Forsyth County Sheriff's Office**
100 East Courthouse Sq. Cumming, GA 30040
www.forsythsheriff.org  |  social.@forsythcountySO

---

From: Nicole Esquilin <nesquilin@cummingpd.net>
Sent: Thursday, October 15, 2020 11:11 PM
To: SO GCIC Unit <SOGCIC@forsythco.com>
Subject: Criminal history and driver's history

Hi there.

Could you run two criminal histories and driver's history with a photo for:

1. Cullen Roberts, DOB: 4/20/1998.  Case number 20-10-0109.

2. Phillip Timothy Thomas, DOB: 12/31/1962.  Case number:  20-10-0106

Thank you so much for any assistance you can give.

Sgt. Nicole Esquilin
City of Cumming PD
470-586-2461

# INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| Agency Name | **INCIDENT/INVESTIGATION** | Case# *20-10-0109* |
| *Cumming Police Department* | **REPORT** | Date / Time Reported *10/15/2020 09:28 Thu* |

**INCIDENT DATA**

| Agency Name | *Cumming Police Department* | | | |
|---|---|---|---|---|
| ORI | *GA0580010* | | | |

Date / Time Reported *10/15/2020 09:28 Thu*
Last Known Secure *10/12/2020 12:00 Mon*
At Found *10/15/2020 09:28 Thu*

Location of Incident *106 COLONY PARK DR Apt. 200, Cumming GA*
Premise Type *Commercial Office*   Beat/ *S32*

| | Crime Incident(s) | (Com) | Weapon / Tools | Activity |
|---|---|---|---|---|
| #1 | *Terroristic Threats And Acts – M* | | | |
| | *16-11-37***  M | | Entry     Exit     Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | Activity |
| | | | Entry     Exit     Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | Activity |
| | | | Entry     Exit     Security | |

MO

**VICTIM**

# of Victims *1*   Type: INDIVIDUAL(NON LE)   Injury: None   Domestic: NO

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *PHILLIPS, LAUREN* | *1,* | Age 00 | W | F | *IAO* | *Non-Resident* | |

Home Address *4120 ROLLING HILLS DR , Cumming, GA 30041-*   Home Phone *920-277-0128*
Employer Name/Address     Business Phone     Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type: INDIVIDUAL(NON LE)   Injury: Possible Internal Injury

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| *CM* | *SMITH, CLINTON BROCK* | | *06/20/1988* Age 32 | W | M | | *Resident* | |

Home Address *4120 VISTA POINTE DR  CUMMING, GA 30028*   Home Phone *404-542-3568*
Employer Name/Address     Business Phone     Mobile Phone

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

Home Address     Home Phone
Employer Name/Address     Business Phone     Mobile Phone

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | *48* | *EVID* | *$0.00* | | *30* | *DOCUMENTS PERSONAL/BUSINESS* | | |

**Status**

Officer/ID# *TURNER, C. (CID) (CPD53)*
Invest ID# *(0)*   Supervisor *HOLBROOK, T. S. (UP) (CPD22)*
Complainant Signature   Case Status *Active/pending*   *10/15/2020*   Case Disposition:   Page 1

*R_CS1IBR*   Printed By: HHEATH, DISABLE   Sys#: 78372   10/19/2020 10:58

# Incident Report Additional Name List

*Cumming Police Department*

OCA: *20-10-0109*

| | Additional Name List | | | |
|---|---|---|---|---|

| Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| 1 ) WI  2 | BONILLA, JOSE | | | | W | M |
| Address  , | | | H: *678-943-5479* | | | |
| Empl/Addr | | | B:  - - | | | |
| | | | Mobile #:  - - | | | |
| 2 ) WI  3 | PRUITT, LYNN | | | | W | F |
| Address  , | | | H: *678-943-5479* | | | |
| Empl/Addr | | | B:  - - | | | |
| | | | Mobile #:  - - | | | |
| 3 ) WI  4 | KOLLER, TYLER | | *10/01/1996* | *24* | W | M |
| Address  6480 BRITTNEY LN , CUMMING, GA 30040- | | | H: *770-670-0711* | | | |
| Empl/Addr | | | B:  - - | | | |
| | | | Mobile #:  - - | | | |
| 4 ) WI  1 | BARRETT, JOCELYN | | | | | F |
| Address  , | | | H: *404-542-3568* | | | |
| Empl/Addr | | | B:  - - | | | |
| | | | Mobile #:  - - | | | |

# INCIDENT/INVESTIGATION REPORT

*Cumming Police Department*

Case # *20-10-0109*

| Status Codes | 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:  *NONE (NO BIAS)*

·INCIDENT/INVESTIGATION REPORT
*Cumming Police Department*

Narr. (cont.)  OCA: 20-10-0109

N A R R A T I V E

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Cumming Police Department* | | *20-10-0109* |
| Victim | Offense | Date / Time Reported |
| *PHILLIPS, LAUREN* | *TERRORISTIC THREATS AND ACTS - M* | *Thu 10/15/2020 09:28* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 10/15/202 at approximately 0928 hours, Officer Coy Turner, #53, did respond to a request for a report by phone with Clint Smith, the owner and operator of the State Farm Insurance Office located at 106 Colony Park Suite 200, Cumming, Georgia 30040, in reference to an employee issue. Smith advised he had an employee that had been making threatening statements and he is concerned the subject may do something if he is fired. Officer Turner asked Smith to explain what had occurred.

Smith stated he had three employees: Tyler Koller, Jose Bonilla, and Jocelyn Barrett, had come to him and complained on another employee, Cullen Roberts. Smith stated the three employees stated Roberts had been making statements about killing people. They stated he had spoken about killing his ex-girlfriend and her family; made statements about blowing up UGA stadium and making a name for himself. Smith stated he had apparently stated to the employees that he had a list he would work off of. Smith stated he apparently made a statement to Koller and Bonilla that Barrett could be on the list and he would have to torture her before killing her.

Smith stated he had previously spoken to Roberts and had mentioned that he was considering letting him go, but now is very concerned based on what his employees had been telling him. Smith stated Barrett was so concerned that she requested to work from home. Smith eventually decided to send out an email advising that one of the employees had a fever and was showing signs of Covid -19 and advised all employees to remain home until further notice. Smith at this point was not sure what to do but believed Roberts was suspicious of him having everyone stay home.

Officer Turner asked Smith if any of his employees would be willing to make statements in regards to what they had heard. Smith stated he wasn't sure because all of the employees were pretty nervous and afraid of what Roberts may do. Officer Turner advised Smith he needed someone who directly heard the statements from Roberts to give a statement, otherwise there just wasn't much that could be done due to everything being hearsay. Smith advised he would contact the employees and see if they would be willing to give statements about the incidents and statements. Officer Turner provided contact information for himself so Smith could directly contact him in reference to this case.

Several hours after initially speaking with Smith, Officer Turner received a message to contact Smith in regards to the case. Officer Turner made contact with Smith, who advised that his employees were not wanting to provide statements because they were afraid of what Roberts would do. Smith asked if he could just have Roberts come to the office on Monday and have an officer present as he let him go and retrieved his company laptop from Roberts. This would also allow Roberts to obtain his personal items from the business. Officer Turner advised they could definitely conduct a stand by on Monday as he terminated Roberts. Officer Turner explained he would be completing a written report in regards to the incident and should anything else come up, to contact him and let him know.

Later this date at approximately 1400 hours, Officer Turner received a message through his CAD from Deputy Baxter with the Accountability Courts, who advised Smith and Koller were at the Accountability Court office and needed to speak with Officer Turner. Officer Turner responded to the Accountability Court located at 425 Tribble Gap Road.

Upon arrival, Officer Turner was met by Deputy Baxter, who advised Smith and Koller had come to the location due to Koller's mother being an employee of the courts. Smith and Koller had decided to make statements due to their concerns that Roberts was going to act on his threats against the ex-girlfriend. Officer Turner met with Smith and Koller in the conference room of the accountability court offices.

Smith explained that he and Koller had decided they could not in good conscience not make statements in regards to this case. Officer Turner asked Koller if he had actually spoken with and heard Roberts make the statements and he stated yes. Officer Turner then asked Koller to please explain when and what had occurred.

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Cumming Police Department* | | *20-10-0109* |

| Victim | Offense | Date / Time Reported |
|---|---|---|
| *PHILLIPS, LAUREN* | *TERRORISTIC THREATS AND ACTS - M* | *Thu 10/15/2020 09:28* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Koller stated he, Bonilla, and Roberts had gone to lunch on Monday, October 12th. While at lunch Roberts asked a hypothetical question that if there were no laws, what would the others do? Koller laughed and stated he would hack an account take money from the rich. Bonilla stated something funny as well and then they asked Roberts what he would do. Koller stated Roberts demeanor changed and he got real serious, had a very straight face, and his eyes seemed to gloss over and he stated he would murder people. He then stated he would have a list of people he would kill. He specifically mentioned his ex-girlfriend. He stated Roberts said he wanted to torture and kill her. He stated he would kill her dog first and after she had suffered he would take to a warehouse somewhere, torture her and then kill her. He then stated he would kill himself. He stated it was all about control. He stated she had wronged him and it was his duty to get her back.

Koller noted that Roberts was very calm and it seemed very eerie as he spoke. He stated Roberts then stated he needed to make a name for himself and mentioned blowing up the UGA stadium and killing 1-2000 people. Roberts then mentioned keeping trophies of the people he kills. Koller asked what he meant and he stated he would keep a finger, or a toe, or maybe a foot or something. Koller immediately told him he was crazy. Bonilla told him he was sick and they tried to steer the conversation away from the topic but he kept coming back to it.

Koller stated he then asked Roberts who he had on his list. Roberts stated he had his ex-girlfriend and maybe her family. Koller asked if there was any one from the office on the list and he stated no, he liked everybody there. Koller stated Bonilla then asked Roberts about their co-worker, Jocelyn Barrett. Roberts stated that maybe he would kill her, but he would have to torture her first and then kill her.

Koller stated he told Barrett about what Roberts had said and Smith stated this is when Barrett asked if she could work from home because she was afraid of Roberts. Smith stated he then used her staying at home as an opportunity to keep everyone safe and used the Covid-19 excuse to have everyone stay home while he sorted this out.

Smith stated Roberts isn't afraid to make the statements aloud and to anyone. He provided a sample of this by sharing a photo of their white board from an employee meeting earlier in the week. Smith asked everyone to write on the white board what their goals were. Roberts wrote, "make 15000, by BMW, and kill ex-girlfriends dog".

Smith stated after this he had approached Roberts and told him that his numbers were down and he was probably going to have to let him go. He told Roberts he would crunch the numbers and see where things stood. After this, is when the employees approached him about what he had been saying.

Officer Turner asked Smith if he had any information on the ex-girlfriend that Roberts keeps talking about. Smith stated he believed he had the information in the back ground package he had done on Roberts due to the fact he had been terminated by his previous employer because of the situation with the girl. Officer Turner asked Smith to explain and Koller spoke and stated Roberts had not actually been dating the girl. He stated apparently their relationship was all in his head. When he said something to the girl, a co-worker, she had told him she didn't consider him that way. The next day, he carved the girl's name into his arm and went to work that way. They immediately fired him on the spot. Smith then stated he had located the information and stated the female was a Lauren Phillips, of 4120 Rolling Hills Drive, Cumming, Georgia 30041. Her phone number is 920-277-0128.

Shortly after receiving this information, Smith stated he had been texting with Jocelyn Barrett and she apparently had several text messages from Roberts where he discussed murdering people, his therapist, and other things. Officer Turner asked Smith if she would be willing to send screen shots of the texts. Smith stated she would and Officer Turner provided Smith his email address to forward the messages too. Smith agreed and stated that there appeared to be a second female mentioned to Barrett by the name of Alexis Skyanne Fuller, with a birthdate of 04/2000. No other information mentioned on her other than being on his list.

| Reporting Officer: *TURNER, C.* | Printed By: HHEATH, DISABLE  10/19/2020 10:58 | Page 5 |
|---|---|---|
| *R_CS3NC* | | |

41

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Cumming Police Department* | | *20-10-0109* |
| Victim | Offense | Date / Time Reported |
| *PHILLIPS, LAUREN* | *TERRORISTIC THREATS AND ACTS - M* | *Thu 10/15/2020 09:28* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Officer Turner then had Smith and Koller write statements of the information they had provided Officer Turner. Officer Turner also had Smith provide him a list of his employees and their contact numbers.

Officer Turner placed the written statements and the emails of the texts into evidence locker #2 at the Cumming Police Department. Officer Turner also contacted Sgt. Nicole Esquilin of CID and informed her of the information for follow up, based on the seriousness of the allegations and statements being made by the suspect.

No further action taken at this time.

## Incident Report Suspect List

*Cumming Police Department*

OCA: *20-10-0109*

| 1 | Name (Last, First, Middle)<br>*ROBERTS, CULLEN* | | | | | Also Known As . | | | | Home Address<br>*720 CREEK WIND COURT*<br>*DULUTH, GA 30097*<br>*713-882-6315* | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Business Address | | | | | | | | | | | | |

| DOB<br>*04/20/1998* | Age<br>*22* | Race<br>*W* | Sex<br>*M* | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | Color | | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes                                                                 Physical Char

43

## Incident Report Related Property List

*Cumming Police Department*

OCA: *20-10-0109*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **1** | Property Description *DOCUMENTS PERSONAL/BUSINESS* | | Make | | Model | | | Caliber |
| | Color | Serial No. | Value *$0.00* | Qty *30.000* | Unit | Jurisdiction *Locally* | | |
| | Status *Evidence* | Date *10/12/2020* | NIC # | State # | Local # | OAN | | |
| | Name (Last, First, Middle) *\* No name \** | | | DOB | Age | Race | Sex | |

Notes

*Witness statements and emails of text messages*



GOVERNMENT
EXHIBIT
5