|  |  |
|---|---|
|  | TYPE OF HEARING: R5 |
|  | CASE NUMBER: 1:20-mj-332 |
|  | MAGISTRATE JUDGE: Ivan D. Davis |
|  | DATE: 6/16/2021 |
|  | TIME: 2:00 p.m. |
| EASTERN DISTRICT OF VIRGINIA | RECORDING: FTR |
|  | DEPUTY CLERK: Laura Guerra |
| UNITED STATES OF AMERICA |  |

VS.

__Cullen Latham Roberts

**GOVT. ATTY:**     Katherine Rumbaugh__

**DEFT'S ATTY:**     _w/o counsel_____

**DUTY AFPD:**___Shannon Quill

**INTERPRETER:**

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (x )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS ( )
COURT TO APPOINT COUNSEL ( )   FPD ( ) CJA ( ) Conflict List ( )

Deft will retain counsel. Detention hearing held in the Northern District of Georgia. Matter set for status.

BOND:

Deft remanded.

( )  DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
( ) RISK OF NON APPEARANCE (   ) SAFETY OF THE COMMUNITY
( ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

**NEXT COURT APPEARANCE:  6/21/2021 Status**

**TIME: 2:00 p.m.**

**JUDGE: TCB**