AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20MJ332 |
| Cullen Latham Roberts | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cullen Latham Roberts

Date: 06/18/2021

*Attorney's signature*

Joan Robin VA#44502
*Printed name and bar number*

114 North Alfred St. Alexandria, VA 22314
*Address*

joni@jonirobinlaw.com
*E-mail address*

703-349-1111
*Telephone number*

571-279-6851
*FAX number*