Reset Form     Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:20-MJ-332, Case Name United States v. Cullen Latham Roberts
Party Represented by Applicant: Cullen Latham Roberts

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Jay L. Strongwater
Bar Identification Number 688750     State Georgia
Firm Name Strongwater & Associates, LLC
Firm Phone # 404-872-1700     Direct Dial #     FAX # 404-881-8040
E-Mail Address jls@strongh2o.com
Office Mailing Address 1360 Peachtree Street, NE, Suite 910, Atlanta, GA 30309

Name(s) of federal court(s) in which I have been admitted USDC NDGA, MDGA, 11th Cir Court of Appeals, U.S. Supreme Court

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)     6-18-21 (Date)
Joan Robin
(Typed or Printed Name)     44502 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _X_ or Exemption Granted ____

The motion for admission is GRANTED _X_ or DENIED ____

_Ivan D. Davis_     18 Jun 2021
(Judge's Signature)     (Date)