UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARROLL BUCHANAN
DEPUTY CLERK: TINA FITZGERALD

UNITED STATES OF AMERICA

HEARING: Status  CASE #: 20mJ332

-VS-

DATE: 6/21/21  TIME: 2:00p.m.

Cullen Roberts

RECORDER: FTR SYSTEM    REMOTE HEARING ( )

COUNSEL FOR THE UNITED STATES: Jacob Green

COUNSEL FOR THE DEFENDANT: Joan Robin

INTERPRETER:_____ LANGUAGE:_____

( X ) DEFENDANT APPEARED :  ( X ) WITH COUNSEL    ( ) WITHOUT COUNSEL

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____  ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE   ( ) AFFIDAVIT

( ) EXHBIT #_____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION (   )DFT. DENIES VIOLATION   ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: Deft. already waived PH and had DH held in Northern District of Georgia.

ADDED CONDITIONS OF RELEASE:
($       ) UNSECURED ($       ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH
TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED (    )PROBATION ( ) RELEASE

NEXT COURT APPEARANCE:_____ at _____ Before_____
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) R40 ( )ARR