# Criminal Case Cover Sheet

FILED: REDACTED

## U.S. District Court

**Place of Offense:**

☐ Under Seal

**Judge Assigned:** Brinkema

City:

Superseding Indictment:

**Criminal No.** 1:21-CR- 164

County: Prince William

Same Defendant: X

New Defendant:

Magistrate Judge Case No. 1:20-MJ-332

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** CULLEN LATHAM ROBERTS   Alias(es): Pillpusher   ☐ Juvenile  FBI No.

**Address:** Duluth, GA 30097

Employment:

**Birth Date:** xx/xx/1998   **SSN:**   **Sex:** Male   Race: White   Nationality: US

**Place of Birth:**   Height: 6'2"   Weight: 132   Hair:   Eyes:   Scars/Tattoos:

☐ **Interpreter   Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:** 12/1/2020   ☒ Already in Federal Custody as of: 12/1/2020   in: ADC

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** Joan Caroline Robin - (703) 349-1111   ☐ Court Appointed   Counsel Conflicts:

Address: 114 N. Alfred Street  Alexandria, VA 22314   ☒ Retained

Phone: Jay Strongwater, Atlanta, GA - (404)872-1700   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Katherine E. Rumbaugh   **Phone:** 703-299-3742   Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

FBI - SA Samad Shahrani

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Distribution of Adderall | #1 | Felony |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of Oxymorphone | #2 | Felony |
| **Date:** | 7/15/2021 | **AUSA Signature:** | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 21 U.S.C. § 841(a)(1) | Distribution of Oxycodone | #3 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form