AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

FILED IN OPEN COURT
AUG -3 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America<br>v.<br>Cullen Latham Roberts<br>*Defendant* | Case No. 1:21-CR-164 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

*Defendant's signature*

*Signature of defendant's attorney* / Joan Robin

JAY STROUGWATER
*Printed name of defendant's attorney*

/s/
Leonie M. Brinkema    8/3/21
United States District Judge