

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CULLEN LATHAM ROBERTS,<br>a.k.a. "Pillpusher,"<br><br>*Defendant.* | Case No. 1:21-CR-164<br><br><u>Count 1</u>: 21 U.S.C. § 841(a)(1)<br>Distribution of Adderall<br><br><u>Count 2</u>: 21 U.S.C. § 841(a)(1)<br>Distribution of Oxymorphone<br><br><u>Count 3</u>: 21 U.S.C. § 841(a)(1)<br>Distribution of Oxycodone<br><br><u>Forfeiture Notice</u> |

## **CRIMINAL INFORMATION**

### COUNT ONE

*(Distribution of Adderall)*

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 5, 2020, in the Eastern District of Virginia, the defendant, CULLEN LATHAM ROBERTS, a.k.a. "Pillpusher," did knowingly, intentionally, and unlawfully distribute, and cause to be distributed, a mixture and substance containing a detectable amount of dextroamphetamine-amphetamine (brand name Adderall®), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1))

## COUNT TWO

*(Distribution of Oxymorphone)*

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about September 8, 2020, in the Eastern District of Virginia, the defendant, CULLEN LATHAM ROBERTS, a.k.a. "Pillpusher," did knowingly, intentionally, and unlawfully distribute, and cause to be distributed, a mixture and substance containing a detectable amount of oxymorphone, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1))

## COUNT THREE
*(Distribution of Oxycodone)*

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 8, 2020, in the Eastern District of Virginia, the defendant, CULLEN LATHAM ROBERTS, a.k.a. "Pillpusher," did knowingly, intentionally, and unlawfully distribute, and cause to be distributed, a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1))

## FORFEITURE NOTICE

THE DEFENDANT IS HEREBY NOTIFIED THAT:

Pursuant to Federal Rule of Criminal Procedure 32.2, upon conviction of any of the offenses alleged in this Criminal Information, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

Pursuant to 21 U.S.C. § 853(p), defendant shall forfeit substitute property, if, by any act or omission of defendant's, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 21, United States Code, Section 853 and Federal Rule of Criminal Procedure 32.2)

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: /s/ Katherine E. Rumbaugh
Katherine E. Rumbaugh
Assistant United States Attorney

4