# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 08/03/21  Judge: Brinkema  Reporter: A. Thomson
Time: 9:59am - 10:42am  Interpreter:
                        Language:
                        **Probation Email**: x
                        **Jury Email**:

## UNITED STATES OF AMERICA
v.

CULLEN LATHAM ROBERTS       1:21cr164
Defendant's Name             Case Number

Joan Robin/Jay Strongwater       Katherine Rumbaugh
**Counsel for Defendant:**       **Counsel for Government**

**Matter called for:**
[ ] Arraignment   [X] Pre-Indictment Plea   [ ] Change of Plea   [ ] Motions
[ ] Sentencing    [ ] Revocation Hearing    [ ] Docket Call       [ ] Appeal (USMC)
[ ] Other

Deft appeared: [X] in person   [ ] failed to appear   [X] with Counsel   [ ] without Counsel   [ ] through Counsel
**Filed in open court:**
[ ] Discovery Order   [X] Information   [X] Plea Agreement   [X] Statement of Facts   [X] Waiver of Indictment

**Arraignment & Plea:**
[ ] WFA   [X] FA   [X] PG   [ ] PNG   **Trial by Jury:** [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[X] Deft entered Plea of Guilty as to Count(s) **1-3** of the [ ] Indictment -- [X] Criminal Information
[X] Plea accepted, **Guilty Count(s) 1-3**
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court   [ ] Order to follow
[X] Deft advised of appeal rights *
[ ] Deft directed to cooperate with USPO for PSI
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to check in with Pretrial
[X] Case continued to: **11/02/21** at **9:00am** for:
[ ] Jury Trial   [ ] Bench Trial   [X] Sentencing   [ ] Status
**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted   [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits   [ ] Denies violations of the conditions of probation/supervised release
Court:   [ ] finds   [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
Court gives counsel oral reminder of prosecutorial obligation & duties in accordance with Rule 5(f).

**Deft is:** [X] In Custody   [ ] Summons Issued   [ ] On Bond   [ ] Warrant Issued   [ ] 1st appearance

**Bond Set at**: $ _____   [ ] Unsecured   [ ] Surety   [ ] Personal Recognizance
[ ] Release Order Entered   [X] Deft Remanded   [ ] Deft Released on Bond   [ ] Deft Continued on Bond