IN THE UNITED STATES DISTRICT COURT FOR THE
FOR EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CULLEN LATHAM ROBERTS,<br>a.k.a. "Pillpusher,"<br><br>*Defendant.* | Case No. 1:21-CR-164 |

## ORDER

The defendant in this case was referred to the Federal Medical Center in Fort Worth, Texas, for an evaluation and study. That evaluation and study having been completed, it is hereby

ORDERED that a written report of the findings shall be furnished forthwith to the United States District Court for the Eastern District of Virginia, and to counsel of record for both the United States of America and the defendant in this case; and it is further

ORDERED that such report is to be confidential and shall not be filed on the public record of this Court or released by the parties except on further order of the Court.

It is SO ORDERED.

August ___24___, 2021

/s/ _____
Leonie M. Brinkema
United States District Judge

We ask for this:

_____
Katherine E. Rumbaugh
Assistant United States Attorney

_____
Jay L. Strongwater
*Pro Hac* Counsel for the Defendant

_____
Joan Robin
Local Counsel for the Defendant