# United States Department of Justice

# Federal Prison System



# FY 2019 PERFORMANCE BUDGET
## Congressional Submission
### Salaries and Expenses

Exhibit 1  Page 1 of 2

# STAGES PROGRAM - Residential

**High Intensity Cognitive Behavioral Therapy for Serious Mental Illness and Personality Disorders**

## DESCRIPTION

Steps Toward Awareness, Growth, and Emotional Strength (STAGES) is a unit-based residential Psychology Treatment Program for male inmates with a diagnosis of Borderline Personality Disorder. The program uses an integrative model that includes an emphasis on a modified therapeutic community (MTC), cognitive-behavioral therapies, and skills training. It uses evidence based treatments to increase the time between disruptive behaviors, fosters living within the general population or community setting, and increase pro-social skills. This program aims to prepare inmates for their transition to less secure prison settings and promote successful reentry into society at the conclusion of their terms of incarceration.

The typical STAGES inmate has the following behavioral characteristics:
- A history of long-term restricted housing placements
- Multiple incident reports and/or suicide watches
- A long and intensifying pattern of behavior disruptive to the institution
- A demonstrated willingness to engage with treatment staff and change the way he deals with incarceration (although behavioral problems may continue)

## HOURS

500 hours of EBRR program credits.

## LOCATIONS

FCI Florence (H)     FCC Terre Haute (M)

Key: (M) = Medium; (H) = High

## NEEDS

Antisocial Peers, Cognitions and Mental Health

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **STAGES** program must be delivered by Psychology Services staff.