The Honorable Leonie Brinkema
United States District Judge
For the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia   22314

Dear Judge Brinkema:

I am Bret Roberts. My son is Cullen Roberts who is due to appear in your court on 2 November 2021.

I appreciate you taking a couple minutes to read my letter in support of my son. Cullen is a smart, creative, enterprising, and hard-working young man who made a poor decision to involve himself in an illegal activity and, as you know, has plead guilty. It is therefore appropriate that he receive justice for his actions. I would ask you to keep the following in mind as you consider his sentence.

While I am disappointed in my son's actions, I love him very much and I will do whatever I can do to help him as he serves time and gets back into society afterwards. I believe that he is genuinely sorry for breaking the law and is determined not to repeat his actions or anything like them. He has asked me to live with him for a time when he gets out to provide support and advice and I am happy to do it.

His life has had its difficulties. Through a good portion of his time at home there were domestic problems between his mother and I and he suffered some emotional trauma as a result. His high school years were spent away from his mother although they did communicate regularly. After high school he moved out of state to go to school and was isolated as a result. It was at this time that anxiety and depression really began to appear. This does not excuse his actions but I'm sure these problems had some influence in his poor decision making. He needs help with these, and I am determined to get him more help after he serves his time.

It's hard for me put into words how much I love him and how I feel somewhat responsible for the depression that he experiences. But I want you to know that Cullen can have a bright future especially after properly dealing with the emotional issues and immaturity that have plagued him thus far. I know that your decision will be one that includes the proper balance of justice and mercy so that Cullen will be encouraged rather than discouraged about the life he has ahead of him.

Thank you for your consideration.

Sincerely,
Bret Roberts

Exhibit 2