Dear Judge Brinkema,

Cullen is my son, a gift from God 23 years ago. I love Cullen unconditionally, just as Christ loves us. Cullen was raised in a Christian home and homeschooled. We saw Cullen participate in church activities and leadership growing up. Cullen was the kid that made sure no one was left behind. If it meant that Cullen stayed behind with a friend to make sure he wasn't left out, then it didn't matter if he missed an activity. Cullen shows humbleness with friends and family. He's not prideful. If someone was sick, the first person praying for healing was Cullen. Cullen was chosen out of hundreds of applicants at the age of 15, to work at Chick Fil A.

Throughout this past year, we've seen Cullen go through some really "low" times. He has had to deal with the most difficult situations. From sleeping on a thin mat with no pillow, poor food, no sunshine, lack of professional help, and the loss of friends when he was moved from facility to facility. These were just a few examples of environmental difficulty. Mental issues have had a significant factor. Depression has had an impact. Yet, Cullen continues to keep in contact with his family, asking how we are. But, that's my son. His heart is genuinely caring and loving.

We know that Cullen desires professional help when released from jail. He wants to continue his college pathway. He has kept in touch with a good friend of his, Thomas who has already offered him a job when released.

Throughout this journey, we have supported Cullen, and we always will. Cullen will always have a home. We love him so much.

Judge Brinkema, I ask you to see Cullen's heart and release him from jail as soon as possible, so he can achieve his goals and move forward to a better life.


Sincerely,



Elizabeth Roberts

Exhibit 3