The Honorable Leonie Brinkema
United States District Judge
For the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia   22314

Dear Judge Brinkema:

My name is Nancy Hendryx. I am Cullen Roberts grandmother.

When Cullen was born, I lived in far west Texas so was unable to visit except on major holidays.  Cullen was happy and welcoming.  We shared many conversations. We would go out for dinner and talk.  When Cullen was 15, I moved to Houston where he lived. Cullen was always happy to see me, respectful and loving towards me.  I did realize he had some issues, some of which he shared with me.  I know he made some bad choices, which I was disappointed to see, but he told me he knew he was in the wrong and must face the consequences.  When Cullen has paid his debt to society I will be there to help him in any way I am able.

I love Cullen very much.

Sincerely,

Nancy Hendryx

Exhibit 4