From: Karis George <kariskimberlygeorge@gmail.com>
Date: October 24, 2021 at 6:56:18 PM EDT
To: jls@strongh2o.com
Subject: Letter to Judge Brinkema: RE Cullen Roberts

Dear Judge Brinkema,

My name is Karis George, I am an older sister to Cullen Latham Roberts. Cullen and I have remained in contact over the past year throughout his incarceration. I am writing this letter to express that Cullen will continue to receive my emotional, mental, personal, and spiritual support throughout his incarceration, as well as upon his release.

My husband and I are aware that the decisions Cullen has made will make his life in the future more difficult than normal, and we plan to be available to provide guidance, support, and instruction in his life.

We truly want what is best for Cullen, and have great hope that his life going forward can be redeemed.

With joy,
Karis George

Exhibit 5