Elizabeth Roberts





21 OCT 2021 PM 1 L



The Honorable Leonie Brinkema
United States District Judge
      For the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia
                        22314

U.S. MARSHALS



RECEIVED
MAILROOM

OCT 25 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

22314-570499