

alexandriava.gov

Department of Community & Human Services
720 North Saint Asaph Street
Alexandria, Virginia 22314

703.746.4900

October 25, 2021

To:  The Honorable Leonie M. Brinkema
     United States District Judge
     401 Courthouse Square
     Alexandria VA  22314

Dear Judge Brinkema,

This letter is being written for the information of the court regarding Mr. Cullen Roberts, who has a sentencing date on November 2, 2021.

Mr. Roberts was committed to the William Truesdale Detention Center on June 14, 2021. He was referred to mental health services due to his history of trauma, Persistent Depressive Disorder and for continuation of medication therapy. He was subsequently recommended to be housed on the Critical Care Unit/Mental Health Unit as it was felt he could benefit from support and monitoring provided on the unit. Mr. Roberts has been meeting with the jail psychiatrist approximately every 30 days to discuss his medication regimen for his mood disorder.  I meet with Mr. Roberts weekly to provide supportive counseling.

While providing services, I have learned the Mr. Roberts has faced many hardships early in his life that have likely impacted his adult life. He sought mental health interventions, on his own initiative, prior to detainment.  The resources in the detention center are limited but Mr. Roberts presents as a highly motivated individual who has taken a proactive role in utilizing what services are available. He learned, during this episode of incarceration, that he was diagnosed with Borderline Personality Disorder. He was pursuant in obtaining information and educational material to gain more knowledge about this diagnosis and to learn emotional regulation skills and coping strategies.

Additionally, on the unit, Mr. Roberts has been cooperative with following the directives of security and has been observed to have positive relations with peers. He presents as a personable, thoughtful and kind individual in this setting. Mr. Roberts is currently fulfilling a Unit Worker position on the unit in which he works collaboratively with security to assist with daily tasks. Again, this demonstrates Mr. Roberts initiative to optimize his time spent in the jail.

In closing, Mr. Roberts could benefit from treatment that would focus on skills training. Dialectical Behavior Therapy is a treatment modality that would be recommended. This would be available when he returns to the community in outpatient and inpatient settings.

Exhibit 7  Page 1 of 2

I hope this information is helpful to the court. Please do not hesitate to contact me for any further information.

Sincerely,

*Anne Zalewski, LCSW*

Anne Zalewski, LCSW
Senior Therapist, DCHS

Exhibit 7  Page 2 of 2