NORTH HOUSTON TX 773

25 OCT 2021 PM 1 L

The Honorable Leonie Brinkema
United States District Judge
For the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia
22314