Dear Judge Brinkema:

This is a letter from Cullen's brother in law, Ryan, (married to his sister Karis). I realize that this letter is coming to you in a time that is tumultuous, to say the least, in Cullen's life. Although I know the history of the hurts he has been through, I've never experienced any unkindness or anything out of line from him. He's always been like a good little brother to me.

My wife and I know that he has made mistakes and want to be a part of his life; supporting him while incarcerated and when he is transitioning into the outside world again. We love Cullen deeply and pray for him almost daily.

Blessings,
Ryan George

