NORTH HOUSTON TX 773

25 OCT 2021 PM 5 L

The Honorable Leonie Brinkema
United States District Judge
For the Eastern District of Virginia

401 Courthouse Square
Alexandria, Virginia
2 2 3 1 4

22314-570499