# SENTENCING HEARING

Judge Leonie M. Brinkema

Date: 11/01/21   Reporter: A. Thomson
Start: 9:07am  End: 9:50am   Pretrial Ofc Pet present

# UNITED STATES of AMERICA        CASE NUMBER: 1:21cr164
Vs.

CULLEN LATHAM ROBERTS

Joan Robin
Counsel/Govt.: Katherine Rumbaugh   Counsel/Deft.: Jay Strongwater

Court adopts PSI [ ] without exceptions [ ] with the following exceptions:_____

**SENTENCING GUIDELINES:**                Upon Motion of [ ] Deft [ ] Govt
Offense Level: 21                         Court depart from G/L pursuant to:
Criminal History: I                       [ ] USSG 5K1.1
Imprisonment Range: 37 to 46 months       [ ] USSG 5C1.2
Supervised Release Range: 1 to 3 years    [ ] USSG 5K2.12
Restitution: $_____          [ ] USSG 5H1.4
Fine Range: $ 15,000.00 to $ 1,000,000.00 [ ] _____
Special Assessment: $ 300.00

**JUDGMENT of the COURT:**
BOP for 24 months, each count, concurrent, with credit for time served
Supervised Release for 3 Years – each count, concurrent
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____
to begin _____ days from imposition of sentence/release
Special Assessment: $ 300.00     [ ]Satisfied [X] Due immediately
Fine/Costs Waived [X] Interest Waived [ ]

**SPECIAL CONDITIONS:**
 x  Home Confinement for the first 12 months of supervision to include GPS monitoring, costs waived for GPS monitoring, w/leave as directed by Court.
 x  Deft. to remain drug/alcohol free, In/Out patient treatment as directed.
     x Deft to pay costs as able        x  Deft to waive privacy
 x  Deft. to participate in mental health evaluation, treatment, medication, counseling as directed.
     x Deft to pay costs as able        x Deft to waive privacy
 x  Deft shall have any contact with any victims in Georgia case.
 x  Deft shall disclose to all medical professionals his history of substance abuse & notify probation officer of any prescribed medication.
 x  Access to all financial information/records
 x  Deft shall not access any dark net sites.
 x  Seek and maintain full-time, verifiable employment
 x   Comply with requirements of computer monitoring program; deft to pay costs.

**RECOMMENDATION TO BOP:**

 x  Deft. to be designated to FCI Danbury, Ct or other facility where deft can participate in program similar to RESOLVE program.

Defendant: [x] Remanded [ ] Self Surrender/Bond cont.

Deft has reviewed pages 19-21 with counsel

Family present

forfeiture order filed & entered in open court

Deft advised of appeal rights